MOED-0001     DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ANGELA OLEKSA | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No.   4:25-CV-01809-PLC |
| KNOW INK, LLC d/b/a KNOWINK, | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

**<u>Disclosure Statement</u>**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about
 KNOW INC, LLC d/b/a KNOWINK                                        :

1.     If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.     Whether it is publicly traded, and if it is, on which exchange(s):
 Not publicly traded.

b.     Its parent companies or corporations (if none, state "none"):
 None.

c.     Subsidiaries that are not wholly owned by the subject (if none, state "none"):
 None.

d.     Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):
 None.

2.     If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

3.     If the subject is an organizational victim in a criminal case,

a.     The victim's identity _____

b.     If the victim is a corporation,

    1.   Whether it is publicly traded, and if it is, on which exchange(s):


    2.   Its parent companies or corporations (if none, state "none"):


    3.   Subsidiaries that are not wholly owned by the subject (if none, state "none"):


    4.   Any publicly held company or corporation that owns  five percent (5%) or
       more of the subject's stock (if none, state "none"):


     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2);  Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2);  Fed. R. Crim. P. 12.4(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Heidi L. Eckert
Address:  120 S. Central Avenue, Suite 1500
City/State/Zip: St. Louis, MO 63105
Phone:  314-863-1500


<u>Certificate of Service</u>

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
_January 22_____, 20_26___ .

_____
Signature