# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Oleksa** ) | |
| ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case No. 4:25-cv-01809-PLC** |
| ) | |
| **Know Ink, LLC** ) | |
| ) | |
| ) | |
| **Defendant** ) | |

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ Thepartyorpartieslistedbelow **consent**tothejurisdictionoftheMagistrateJudge.(Note:Selectingthisoption doesnotaffectyourabilitytochallengethiscourt'ssubjectmatterorpersonaljurisdiction).

☐ Thepartyorpartieslistedbelow **do not consent**tothejurisdictionoftheMagistrateJudge.(Note:Ifyouselect thisoption,yourcasewillberandomlyreassignedtoaDistrictJudge).

NameofPartyorParties:

**Angela Oleksa**

SubmittedBy: **Jamie L. Reyes-Jones**          Dated: **December 12, 2025**

**Note:   Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**December 12, 2025**

Signature:      /S/ **Jamie L. Reyes-Jones**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **Oleksa** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Case No. 4:25-cv-01809-PLC** |
| | ) | |
| **Know Ink, LLC** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ Thepartyorpartieslistedbelow **consent**tothejurisdictionoftheMagistrateJudge.(Note:Selectingthisoption doesnotaffectyourabilitytochallengethiscourt'ssubjectmatterorpersonaljurisdiction).

☐ Thepartyorpartieslistedbelow **do not consent**tothejurisdictionoftheMagistrateJudge.(Note:Ifyouselect thisoption,yourcasewillberandomlyreassignedtoaDistrictJudge).

NameofPartyorParties:

**Know Ink, LLC d/b/s KnowInk**
**Scott Leiendecker**

SubmittedBy: **Heidi L. Eckert**          Dated: **February 18, 2026**

**Note: Corporations may execute this election only by counsel.**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**February 18, 2026**

Signature:          /S/ **Heidi L. Eckert**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Oleksa** | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )    **Case No. 4:25-cv-01809-PLC** |
| | ) |
| **Know Ink, LLC** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☑ Thepartyorpartieslistedbelow **consent**tothejurisdictionoftheMagistrateJudge.(Note:Selectingthisoption doesnotaffectyourabilitytochallengethiscourt'ssubjectmatterorpersonaljurisdiction).

☐ Thepartyorpartieslistedbelow **do not consent**tothejurisdictionoftheMagistrateJudge.(Note:Ifyouselect thisoption,yourcasewillberandomlyreassignedtoaDistrictJudge).

NameofPartyorParties:

**Defendant TriNet USA, Inc.**

SubmittedBy:    **Gregory D. Ballew**        Dated: **February 18, 2026**

**Note: Corporations may execute this election only by counsel.**

---

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this cause on:
**February 18, 2026**

Signature:     /S/ **Gregory D. Ballew**