

# State of Missouri
## Robin Carnahan, Secretary of State

File Number: 201134480030
LC1188506
Date Filed: 12/10/2011
Robin Carnahan
Secretary of State

# Articles of Organization

1. The name of the limited liability company is:

   **Know Ink, LLC**

2. The purpose(s) for which the limited liability company is organized:

   **The transaction of any lawful business for which a limited liability company may be organized under the Missouri Limited Liability Company Act, Chapter 347 RSMo.**

3. The name and address of the limited liability company's registered agent in Missouri is:

   **Michael J Payne**          **231 S. Bemiston Avenue, Suite 1111, St. Louis MO 63105**
   *Name*                      *Address*

4. The management of the limited liability company is:    [X] Manager     [ ] Member

5. The duration (period of existence) for this limited liability company is:

   **Perpetual**

6. The name(s) and street address(es) of each organizer:

   **Scott Leiendecker, 6428 Murdoch Ave., St. Louis MO 63109**

## In Affirmation thereof, the facts stated above are true and correct:

(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

**Scott Leiendecker**
*(Organizer Name)*



**EXHIBIT**

A

# State of Missouri



Robin Carnahan
Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*Know Ink, LLC*
*LC1188506*

filed its Articles of Organization with this office on the December 10, 2011, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the December 10, 2011, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this December 10, 2011.



_____
Secretary of State