

**State of Missouri**

John R. Ashcroft, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**LC1188506**
**Date Filed: 2/28/2024**
**John R. Ashcroft**
**Missouri Secretary of State**

## Statement of Change of Registered Agent and/or Registered Office
## By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

| Instructions |
| --- |
| 1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent. |
| 2. There is a $10.00 fee for filing this statement. |
| 3. PO Box may only be used in conjunction with a physical street address. |
| 4. Agent and address must be in the State of Missouri. |
| 5. The corporation may not act as its own agent. |

Charter # <u>LC1188506</u>

1. The name of the business entity is   Know Ink, LLC

2. The address, including street and number, of its present registered office (before change) is

   231 S. Bemiston Avenue
   Suite 1111                                                    St. Louis MO 63105
   *Address*                                                     *City/State/Zip*

3. The address, including street and number, of its registered office is hereby changed to:

   231 S Bemiston Ave Ste 1111                                   Clayton MO 63105-1914
   *Address (PO Box may only be used in conjunction with a physical street address)*   *City/State/Zip*

4. The name of its **present** registered agent (before change) is:   Michael J Payne

5. The name of the **new** registered agent is:   FRK Inc.

   Authorized signature of **new** registered agent **must** appear below:
   FRK Inc.
   *(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| | |
| --- | --- |
| Scott Leiendecker | SCOTT LEIENDECKER |
| *Authorized signature of officer, member, manager or, if applicable, chairman of the board* | *Printed Name* |
| Member | 02/28/2024 |
| *Title* | *Date* |

| Name and address to return filed document: |
| --- |
| Name:   Michael Payne |
| Address:   Email: mpayne@frankelrubin.com |
| City, State, and Zip Code: |

**EXHIBIT**

**B**

Corp. 59 (12/2010)



# State of Missouri

**John R. Ashcroft, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Statement of Change of Registered Agent and/or Registered Office
## By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

| Instructions |
| --- |
| 1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent. |
| 2. There is a $10.00 fee for filing this statement. |
| 3. PO Box may only be used in conjunction with a physical street address. |
| 4. Agent and address must be in the State of Missouri. |
| 5. The corporation may not act as its own agent. |

Charter #: LC1188506

1. The name of the business entity is **Know Ink, LLC**

2. The address, including street and number, of its present registered office (before change) is

231 S. Bemiston Avenue, Suite 1111          St. Louis, MO 63105
*Address*                                                   *City/State/Zip*

3. The address, including street and number, of its registered office is hereby changed to:

231 S. Bemiston Avenue, Suite 1111          St. Louis, MO 63105
*Address (PO Box may only be used in conjunction with a physical street address)*          *City/State/Zip*

4. The name of its **present** registered agent (before change) is: **Michael J. Payne**

5. The name of the **new** registered agent is: **FRK, Inc.**

Authorized signature of **new** registered agent **must appear below:**

*(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

SCOTT LEZENDECKER
*Authorized signature of officer, member, manager or, if applicable, chairman of the board*          *Printed Name*

MANAGING DIRECTOR                          2/16/24
*Title*                                                      *Date*

Name and address to return filed document:

Name: FRK, Inc.

Address: 231 S. Bemiston Avenue, Suite 1111

City, State, and Zip Code: St. Louis, MO 63105

Corp. 59 (01/2017)