

# State of Missouri
John R. Ashcroft, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**LC1188506**
**Date Filed: 3/19/2024**
**John R. Ashcroft**
**Missouri Secretary of State**

## Amendment of Articles of Organization
*(Submit with filing fee of $25.00)*

Charter #: LC1188506

1. The current name of the limited liability company is: Know Ink, LLC

2. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: _____

   *(Date may not be more than 90 days after the filing date in this Office)*

3. State date of occurrence that required this amendment: December 1, 2022

   *Month/Day/Year*

4. The articles of organization are hereby amended as follows:

   We are adding Article #7: Principal Office Address - 460 N Lindbergh Blvd, Saint Louis, MO 63141.

5. (Check if applicable) This amendment is required to be filed because:
   - ☐ management of the limited liability company is vested in one or more managers where management had not been so previously vested.
   - ☐ management of the limited liability company is no longer vested in one or more managers where management was previously so vested.
   - ☐ a change in the name of the limited liability company.
   - ☐ a change in the time set forth in the articles of organization for the limited liability company to dissolve.
   - ☐ adding a series under section 347.039 RSMo. (Form LLC 1A must be attached.)

6. This amendment is (check either or both):
   - ☐ authorized under the operating agreement
   - ☒ required to be filed under the provisions of RSMo Chapter 347

*(Please see next page)*

Name and address to return filed document:

Name: Yaakov Klein, Esq.

Address: Email: yklein@frankelrubin.com

City, State, and Zip Code: _____

ORI-03222024-0404 State of Missouri
No of Pages 2 Pages

Articles of Amendment

**EXHIBIT**

**C**

LLC-12 (01/2017)

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| *Scott Leiendecker* | Scott Leiendecker - Manager | 03/19/2024 |
| --- | --- | --- |
| *Authorized Signature* | *Printed Name* | *Date* |

| | | |
| --- | --- | --- |
| *Authorized Signature* | *Printed Name* | *Date* |

| | | |
| --- | --- | --- |
| *Authorized Signature* | *Printed Name* | *Date* |

# STATE OF MISSOURI



## John R. Ashcroft
## Secretary of State

### CERTIFICATE OF AMENDED ARTICLES OF ORGANIZATION

WHEREAS

*Know Ink, LLC*
*LC1188506*

filed its amended Articles of Organization with this office and WHEREAS that filing was found to conform to the Missouri Limited Liability Company Act;

NOW, THEREFORE, I, JOHN R. ASHCROFT, Secretary of State of the State of Missouri, by virtue of authority vested in me by law do hereby certify and declare that the above entity's Articles of Organization are amended.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 19th day of March, 2024.

Secretary of State

